■ LEONARD DI RISIO, Respondent, v. CARMEN MARCHOLI et al., Appellants. — Judgment and order affirmed, with costs. All concur. (Appeal by defendant Marcholi from a judgment of Monroe Trial Term for plaintiff against both

defendants in an automobile negligence action; also appeals by both defendants from an order denying a motion for a new trial.) Present — McCurn, P. J., Kimball, Wheeler and Van Duser, JJ.